IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WILLIAM L. JOHNSON                                                                                    PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:05cv338-HTW-JCS

WARDEN DONALD JACKSON                                                                   DEFENDANT

## FINAL JUDGMENT

In accordance with this court's memorandum opinion and order of June 14, 2006, judgment is hereby entered for Defendant and against Plaintiff, and the complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 15th day of August, 2006.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE